UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, *et al.*, <br><br> Defendants. | CASE NO. 09 CV 10101 (RA) |
| EMI BLACKWOOD MUSIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIMEO, LLC d/b/a VIMEO.COM, *et al.*, <br><br> Defendants. | CASE NO. 09 CV 10105 (RA) <br><br><br> **<u>DECLARATION OF TODD ANTEN</u>** |

I, Todd Anten, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Vimeo, LLC d/b/a Vimeo.com and Connected Ventures, LLC, (collectively, "Vimeo"). I submit this declaration in support of Defendants' Motion for Summary Judgment Pursuant to the DMCA Safe Harbor.

2. The Declaration of Dae Mellencamp, submitted herewith, describes a number of webpages appearing on the Vimeo website and identifies the corresponding URLs for those webpages. Attached hereto are true and correct copies of printouts and/or screenshots of the following URLs described in Ms. Mellencamp's declaration, which I accessed and caused to be printed on September 5-7, 2012.

| Paragraph in Mellencamp Declaration | URL | Corresponding Vimeo Screenshot Exhibit No. |
|---|---|---|
| ¶ 6 | http://vimeo.com/whitehouse | 1 |
| ¶ 6 | http://vimeo.com/nytimes | 1 |
| ¶ 6 | http://vimeo.com/metmuseum | 1 |
| ¶ 6 | http://vimeo.com/nycballet | 1 |
| ¶ 6 | http://vimeo.com/nlsi | 1 |
| ¶ 6 | http://vimeo.com/cnn | 1 |
| ¶ 6 | http://vimeo.com/paramountpictures | 1 |
| ¶ 7 | http://vimeo.com/yalelaw | 2 |
| ¶ 7 | http://vimeo.com/ecornell | 2 |
| ¶ 7 | http://vimeo.com/user2384236 | 2 |
| ¶ 7 | http://vimeo.com/thedartmouth | 2 |
| ¶ 7 | http://vimeo.com/georgetown | 2 |
| ¶ 7 | http://vimeo.com/harvardlawdocs | 2 |
| ¶ 7 | http://vimeo.com/user2609326 | 2 |
| ¶ 7 | http://vimeo.com/user3786351 | 2 |
| ¶ 7 | http://vimeo.com/stanfordalumni | 2 |
| ¶ 7 | http://vimeo.com/tamus | 2 |
| ¶ 8 | http://vimeo.com/repgovs | 3 |
| ¶ 8 | http://vimeo.com/aipac | 3 |
| ¶ 8 | http://vimeo.com/user2848291 | 3 |
| ¶ 8 | http://vimeo.com/alaskagov | 3 |
| ¶ 8 | http://vimeo.com/daninouye | 3 |
| ¶ 8 | http://vimeo.com/senatorargall | 3 |
| ¶ 9 | http://vimeo.com/user2922741 | 4 |
| ¶ 9 | http://vimeo.com/archipelagofilms | 4 |
| ¶ 9 | http://vimeo.com/user2686410 | 4 |
| ¶ 9 | http://vimeo.com/trafixfox | 4 |
| ¶ 9 | http://vimeo.com/user604934 | 4 |
| ¶ 9 | http://vimeo.com/phish | 4 |
| ¶ 9 | http://vimeo.com/gotye | 4 |
| ¶ 9 | http://vimeo.com/weirdal | 4 |
| ¶ 9 | http://vimeo.com/vanhalen | 4 |
| ¶ 10 | http://vimeo.com/wbrvideo | 5 |
| ¶ 10 | http://vimeo.com/sonymusicsweden | 5 |
| ¶ 10 | http://vimeo.com/mergerecords | 5 |
| ¶ 10 | http://vimeo.com/revelation | 5 |
| ¶ 11 | http://vimeo.com/abandon | 6 |
| ¶ 11 | http://vimeo.com/benharper | 6 |
| ¶ 11 | http://vimeo.com/beyonce | 6 |
| ¶ 11 | http://vimeo.com/thebirdandthebee | 6 |
| ¶ 11 | http://vimeo.com/christynockels | 6 |
| ¶ 11 | http://vimeo.com/coldplayyalpdloc | 6 |

| Paragraph in Mellencamp Declaration | URL | Corresponding Vimeo Screenshot Exhibit No. |
|---|---|---|
| ¶ 11 | http://vimeo.com/thedecemberists | 6 |
| ¶ 11 | http://vimeo.com/depechemode | 6 |
| ¶ 11 | http://vimeo.com/user949976 | 6 |
| ¶ 11 | http://vimeo.com/user3178394 | 6 |
| ¶ 11 | http://vimeo.com/futureofforestry | 6 |
| ¶ 11 | http://vimeo.com/jaicko | 6 |
| ¶ 11 | http://vimeo.com/user372736 | 6 |
| ¶ 11 | http://vimeo.com/lcdsoundsystem | 6 |
| ¶ 11 | http://vimeo.com/maritlarsen | 6 |
| ¶ 11 | http://vimeo.com/miamihorror | 6 |
| ¶ 11 | http://vimeo.com/user2495615 | 6 |
| ¶ 11 | http://vimeo.com/papavspretty | 6 |
| ¶ 11 | http://vimeo.com/thepostelles | 6 |
| ¶ 11 | http://vimeo.com/rightsaidfred | 6 |
| ¶ 11 | http://vimeo.com/sigurros | 6 |
| ¶ 11 | http://vimeo.com/emino | 6 |
| ¶ 12 | http://vimeo.com/11465235 | 7 |

3.  Attached hereto are true and correct copies of the following documents, which constitute part of the record in these actions.

| Exhibit | Description |
|---|---|
| 8 | Excerpts of the Deposition of Dae Mellencamp (Feb. 18, 2011) and accompanying exhibit. |
| 9 | Excerpts of the Rule 30(b)(6) Deposition of Michael Abitbol on behalf of the Music Publishing Plaintiffs (Nov. 22, 2010). |
| 10 | Excerpts of the Rule 30(b)(6) Deposition of Alasdair McMullan on behalf of the Record Company Plaintiffs (Nov. 23, 2010). |
| 11 | Excerpts of Responses of Record Company Plaintiffs to Defendants' First Set of Requests for Admission (Nov. 9, 2010). |
| 12 | Excerpts of Responses of Music Publishing Plaintiffs to Defendants' First Set of Requests for Admission (Nov. 9, 2010). |
| 13 | Document bearing Bates stamp VCV007841, from Defendants' production to Plaintiffs. |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: September 7, 2012
         New York, New York

                                                                 _____
                                                                            Todd Anten