UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, *et al.*, | CASE NO. 09 CV 10101 (RA) |
| Plaintiffs, | |
| v. | |
| VIMEO, LLC d/b/a VIMEO.COM, *et al.*, | |
| Defendants. | |
| EMI BLACKWOOD MUSIC, INC., *et al.*, | CASE NO. 09 CV 10105 (RA) |
| Plaintiffs, | |
| v. | |
| VIMEO, LLC d/b/a VIMEO.COM, *et al.*, | **DECLARATION OF TODD ANTEN** |
| Defendants. | |

**Exhibits 8 – 13**