# EXHIBIT A

**SELECTED STATEMENTS OF FACT NOT
DISPUTED BY DEFENDANTS ON THESE MOTIONS**

Numbered paragraphs below refer to Plaintiffs' Supplemental Statement of Disputed and/or Genuinely Disputed Facts dated July 17, 2017.

**Background**

     **1.**     Plaintiffs' original SUF ¶80: Vimeo employees and executives acknowledged that Vimeo had not licensed rights to either sound recordings or musical compositions.

**Crediting of Music in Videos at Issue**

     **61.**     For 300 of the videos currently at issue, the names of artists and/or song titles are referenced either in the title, description, or tags of the videos, in the videos themselves, or occasionally in posted comments. More than 80 used credits in the format "music: [name of artist and/or recording]." Video Exs. 1-306; EMIVID_00001-00306 (Frackman Decl., Ex. B); Berkley 2nd Supp. Decl., ¶¶ 1-5, 13-16 & Exs. A-C, I-M (including Summary Chart).

     **66.**     Plaintiffs' original SUF ¶297: Vimeo Staff members frequently employed the syntax ("Music:") for crediting commercial sound recordings in their videos.

     **67.**     Plaintiffs' original SUF ¶301: Vimeo's co-founder Jacob Lodwick suggested to Vimeo users that videos containing music be tagged with the format: "music:The Beatles or music:Beck or whatever." Vimeo employees used the convention "music:" in their own videos.

     **68.**     Plaintiffs' original SUF ¶309: A Vimeo user advised Vimeo that copyrighted music was used in his videos and suggested to Vimeo that it implement a "Tag System" that would permit artists to be credited and allow Vimeo users to purchase music appearing in videos. A Vimeo representative [Daniel Hayek] replied in July 2009: "We don't have what you are describing but you could just place tags on the video in the settings and place a link in the description field."

**Duration and Nature of Music Use**

     **135.**     In more than 250 instances, the infringing music commences within the first 10 seconds of the video. In 275 instances, it begins within the first 30 seconds. Berkley 2nd Suppl. Decl., Exs. B-C (Summary Chart); Frackman Suppl. Decl., Ex. B (EMIVID_00001-00306), Exs. D, F.

**136.**     In 267 of the videos, the music plays for at least one minute and is generally played throughout a substantial part of the video.  Berkley 2nd Suppl. Decl., Exs. B-C (Summary Chart); Frackman Suppl. Decl., Ex. B (EMIVID_00001-00306), Exs. D, F.

**137.**     In at least 207 of the videos, the music plays for at least two minutes, and also is generally played throughout all or a substantial part of the video. Berkley 2nd Suppl. Decl., Exs. B-C (Summary Chart); Frackman Suppl. Decl., Ex. B (EMIVID_00001-00306), Exs. D, F.

**"Likes," Comments, and Employee-Uploaded Videos**

**8.**     Vimeo explained to users in 2010 that "'Liking' a video is a simple way to let other users know that you enjoy their videos," that "[b]y 'liking' a video you are helping to promote content to your contacts and subscribers," and that "[a]dding someone as a contact automatically subscribes you to his or her videos and the videos he or she 'likes', which will show up in your inbox."  Declaration of Russell J. Frackman ("Frackman Decl."), Ex. 12 (Compendium of Exhibits), Depo. Ex. 190 (Dkt. 94-9) at pp. 64, 82; Deposition of Dalas Verdugo ("Verdugo Depo") [Frackman Decl., Ex. 5] (Dkt. 89-1) at 146:24-147:11.

**9.**     According to Blake Whitman, "liking" a specific video generally was a way to indicate approval of the video.  Deposition of Blake Whitman ("Whitman Depo.") [Frackman Decl., Ex. 4] Whitman Depo. (Dkt. 88-6) at 167:24-168:2.

**10.**     Vimeo informed its users that if people "comment on and 'Like' your clips, your videos will be brought to the attention of their contacts too, which will increase the amount of views and activity your clips receive as well."  Depo. Ex. 190 (Dkt. 94-9) at p. 3.

**12.**     Vimeo Community Team member Andrea Allen testified that liking a video is "an indication to a person whose video you watched that you enjoyed it and that you like it." Deposition of Andrea Allen ("Allen Depo") [Frackman Decl., Ex. 3] (Dkt. 88-5) at 218:15-18.

**13.**     Former Vimeo executive Jonathan Marcus testified that videos identified on his Vimeo profile page as "favorites" or "likes" meant that the videos had been reviewed. Deposition of Jonathan Marcus ("Marcus Depo") [Post-Remand Supplemental Declaration of Russell J. Frackman ("Frackman Suppl. Decl."), ¶11 & Ex. J] at 91:19-92:16; Depo. Ex. 365 (Dkt. 95-2).

**15.**     In an e-mail written by Vimeo Community Team member Dalas Verdugo concerning his duties at Vimeo, Mr. Verdugo stated, "- Liking and commenting on videos. Seems like it's not a job, but when you watch a video, you have to watch it in real-time, which means it takes ten minutes to watch a ten minute video to make sure it's something you want to promote to the community.  Having the staff active in the community is one of our big draws." Depo. Ex. 178 (Dkt. 94-8 at p. 40)**;** Verdugo Depo. (Dkt. 89-1) at 108:12-110:7.

**16.** Andrea Allen instructed Vimeo interns: "Watch videos for at least one hour. Leave comments, give likes! Receiving a like or a comment from a staff member is a huge deal to our users." Frackman Decl., Ex. 13 (Dkt. 90-6) at VCV011423.

**17.** Plaintiffs' original SUF ¶344: Since [i.e. after] this lawsuit was filed, Vimeo Staff members continued to "like" and provide comments on videos containing Plaintiffs' musical works, and [by late 2012] at least 35 additional examples of likes and comments by Vimeo Staff [had] been identified on videos containing Plaintiffs' musical works uploaded to the Vimeo Website.[1]

**18.** Among the videos at issue, Vimeo employees "liked" more than 125 videos. In over 80 of these cases, more than one Vimeo employee "liked" the same video, and several were liked by more than 10 employees.  Berkley 2nd Suppl. Decl., ¶¶ 1-9 & Exs. A-F (including Summary Chart).

**19.** Among the videos at issue from the schedules to the Amended Complaints, Vimeo employees made comments on at least 80 videos. Berkley 2nd Suppl. Decl., ¶¶ 1-5, 7-8 & Exs. A-C (including Summary Chart), Ex. E.  (*first sentence of statement*)

**21.** Certain Vimeo employees, such as Daniel Hayek and Blake Whitman, "liked" and/or commented on multiple videos at issue that used musical works by the same artists. Berkley 2nd Suppl. Decl., Ex. B-C (Summary Chart).

**22.** Vimeo Community Team member Blake Whitman testified that if he liked a video, he had most likely watched some of it. Asked whether he watched videos all the way through or if he sometimes stopped watching in the middle, he testified, "I sometimes stop in the middle when they're really bad." Whitman Depo. (Dkt. 88-6, 88-7) at 62:17-21; 175:8-17.

**30.** According to Dalas Verdugo, Vimeo Staff being active in its user community was one of Vimeo's "big draws." This included the fact that Vimeo employees uploaded their own videos. Verdugo Depo. (Dkt. 89-1) at 109:5-111:2 & Depo. Ex. 178 (Dkt. 94-8 at p. 40).

**31.** Individuals whose accounts former Vimeo president Dae Mellencamp has "followed" on the Vimeo website since at least 2009 include Andrea Allen, Blake Whitman, Casey Pugh, Dalas Verdugo, Sockyung Hong ("Soxiam"), Julia Quinn, and Kevin Sheurs. Vimeo employees whose accounts she has followed on the Vimeo Website since at least 2010 include Matthew Schwarz, Sam Morrill, and Steven Niebauer. Berkley 2nd Suppl. Decl., ¶25 & Ex. V; Mellencamp Depo. (Dkt. 89-7) at 74:11-75:5 & Depo. Ex. 408 (Dkt. 95-5).

**32.** Individuals and accounts whom Andrew Pile has "followed" on the Vimeo website since at least 2008 include Blake Whitman, Daniel Hayek, Sockyung Hong ("Soxiam"), Julia Quinn, Karen Abad, and the Vimeo Street Team. Berkley 2nd Suppl. Decl., ¶26 & Ex. W.

---

[1] *Previously inadvertently identified as original SUF ¶345.*

9224338.2

33. Vimeo Website pages concerning "Following" state: "When you follow someone on Vimeo, you subscribe to their videos, receive updates about them in your feed, and have the ability to send them messages." Berkley 2nd Suppl. Decl., ¶¶25-26 & Exs. V-W.

34. In or about 2013, a Vimeo help page for "Frequently Asked Questions" stated, "Follow people! If you see someone's videos you like, go ahead and follow them. That way you'll see what they upload as well as the videos they 'Like' on Vimeo." Berkley 2nd Suppl. Decl., ¶20 & Ex. Q at p. 2.

**Timing of Uploading and Availability on Vimeo Website**

36. At least 221 of the videos currently at issue were uploaded after Plaintiffs' cease-and-desist letter to Vimeo sent December 11, 2008. 127 of those videos contained music by artists identified in the schedules to the December 11, 2008 letter. Cheah Decl., Ex. 9 at EMI 00001-009 (Dkt. 55-3); Berkley 2nd Supp. Decl. at ¶¶1-5, 31 & A-C (including Summary Chart); Deposition of Andrew Pile ("Pile Depo.") (Dkt.89-4) at 46:13-23; see also Berkley Suppl. Decl. (Dkt. 107) at ¶4.

38. At least 137 of the videos currently at issue were uploaded after the filing of Plaintiffs' initial Complaints. Of those videos, at least 86 contained music by artists identified in the schedules to the initial Complaints. Complaints (Dkt. 1, cv-10101 and cv-10105); Berkley 2nd Supp. Decl. at ¶¶1-5, 31 & A-C (including Summary Chart); Pile Depo. (Dkt.89-4) at 46:13-23; see also Berkley Suppl. Decl. (Dkt. 107) at ¶4.

**Employee Use and Knowledge of Copyrighted Music**

39. Plaintiffs' original SUF ¶67: In or about February 2009, a meeting was held with Vimeo staff instructing them to cease using unlicensed copyrighted music in videos they uploaded to the Vimeo Website.

41. Plaintiffs' original SUF ¶78: Vimeo Staff members have advised users that "[s]oundtracks are a legal issue that we are working through currently and won't comment on," and that "adding a third party's copyrighted content to a video generally … constitutes copyright infringement…."

42. Plaintiffs' original SUF ¶79: In or about 2007, Vimeo's founder, Jacob Lodwick wrote that "big media companies might dispute our use of copyrighted music in our videos."

44. Plaintiffs' original SUF ¶290: Andrew Pile, Vimeo's vice president of Product and Development, uploaded videos containing preexisting or copyrighted music and at least one of his uploaded videos had been removed subject to a notice of infringement.

4

9224338.2

**45.** Plaintiffs' original SUF ¶291: Zachary Klein, Vimeo's co-founder, created and uploaded videos containing music "ripped" from a CD or from an MP3 file.

**46.** Plaintiffs' original SUF ¶292: Blake Whitman, the head of Vimeo's Community Team, uploaded videos containing unlicensed music, including a lip dub video taken down pursuant to notice from Plaintiffs.

**47.** Blake Whitman provided technical advice to users on the Vimeo Website regarding synchronizing sound recordings with video and using "Music Tracks in Final Cut." Depo. Ex. 154 (Dkt. 94-3 at p. 7); Frackman Decl. Ex. 28 (Dkt. 91-43) at EMI 00571.

**49.** Plaintiffs' original SUF ¶293: Andrea Allen, a Vimeo Community Manager, uploaded "more than ten, less than 20" videos containing music ripped from iTunes.

**50.** Plaintiffs' original SUF ¶294: Jonathan Marcus uploaded to Vimeo a video using a third-party sound recording on the basis that "it was my recording and a song I had bought."

**52.** Plaintiffs' original SUF ¶295: Dalas Verdugo uploaded videos using music from his personal collection, including music that he assumed was copyrighted and that he did not have permission to use.

**53.** Vimeo Community Team member Dalas Verdugo stated on a Vimeo forum page that "our website is about original videos, not original music." Frackman Decl., Ex. 28, EMI 00537 at 00553 (Dkt. 91-43 at p. 29); Butler Aff. (Dkt. 74-1), Ex. A at 0024.

**54.** Plaintiffs' original SUF ¶356: Vimeo employees circulated e-mails regarding the cease-and-desist letter sent by Plaintiffs to Vimeo in December 2008, which included the demand that several videos posted by Vimeo employees be removed.

**55.** Plaintiffs' original SUF ¶357: Dalas Verdugo sent one such e-mail, stating: "Also busted: Josh Abramson, Jeff Rubin, David Fishel, and SteveR."

**56.** Plaintiffs' original SUF ¶358: Andrew Pile sent one such e-mail to Blake Whitman, copying Dalas Verdugo, Kevin Sheurs and "all@vimeo.com", stating: "Who wants to start the felons group, where we just film shitty covers of these songs and write 'fuck EMI' at the end?"

**Vimeo-Moderated Channels**

**73.** Plaintiffs' original SUF ¶348: Since this lawsuit was filed, Vimeo Staff members have continued to add videos containing Plaintiffs' musical works to Vimeo's Staff-moderated channels such as "Staff Picks" and the "Vimeo HD" channel, and [as of 2012] at least 25 additional examples have been identified.

5

9224338.2

**75.** Describing the Staff Picks channel, a Vimeo web page stated, "We really love videos, and these are the videos we really, really love. All of these videos have been hand picked by the humans who work at Vimeo. We hope you enjoy them!" Video Ex. 90-A at p. 2.

**76.** Describing the Vimeo HD channel, a Vimeo web page stated, "Welcome to the Vimeo HD Channel, where you can feast your eyes on millions of beautiful pixels and watch our favorite high definition videos, all plucked from the Vimeo community…. This Channel is run by the Vimeo staff, and we're always looking for suggestions. If you've got a Vimeo video — yours or someone else's — that you think deserves to be featured here, drop us a line (and a link) in the shoutbox." Video Ex. 65 at p. 2.

**77.** Among the videos currently at issue, Vimeo employees placed 47 videos on Vimeo employee-moderated channels, which included "Staff Picks" and the "Vimeo HD" channel. Berkley 2nd Suppl. Decl., Exs. A-C (including Summary Chart); Mellencamp Depo. (Dkt. 89-7) at 120:10-122:15 and Depo. Ex. 412 (Dkt. 95-7 at pp. 10-13).

**78.** Plaintiffs' original SUF ¶117: The home page of the Vimeo Website presents videos featured as "Staff Picks." Placing a video in the "Staff Picks" or "HD Channels" is what Vimeo considers to be "front-page placement."

**79.** Plaintiffs' original SUF ¶118: Vimeo Staff watch videos to determine which should be highlighted as "Staff Picks."

**80.** Plaintiffs' original SUF ¶268: Blake Whitman instructed other members of the Vimeo Community Team that videos for the "Staff Picks" and "HD" channels should not include "bad music," and should not include "too many of one type of video (ie music vids)."

**81.** Blake Whitman testified that he went to the Staff Picks channel daily and reviewed new videos that had been added. Whitman Depo. (Dkt. 88-6) at 47:10-18.

**82.** In or about October 2010, in response to the question, "How do I get my videos featured?," Vimeo's "Frequently Asked Questions" page stated: "The staff features videos that they think exemplify the best of the best of what Vimeo is all about. If you would like to have your video considered as a Staff Pick or added to the HD Channel, use the shoutbox in each channel to post a link to your video and we'll try to check it out." Depo. Ex. 190 (Dkt. 94-9) at p. 6.

**88.** Vimeo featured videos using Plaintiffs' copyrighted sound recordings on employee-moderated channels presenting "finalists" for Vimeo Festivals and Awards. Video Exs. 45, 139; Berkley 2nd Supp. Decl., Exs. A-C (including Summary Chart); Mellencamp Depo. (Dkt. 89-7) at 120:10-123:25 & Depo. Ex. 412 (Dkt. 95-7 at pp. 10-13).

9224338.2

**Whitelisted and Buried Videos**

**91.** According to Community Team member Andrea Allen, a video labeled as "whitelisted" in the context of the "Gainers" list would indicate that "a moderator has looked at this already," and that the video can be ignored since it's "okay". Allen Depo. (Dkt. 88-4) at 182:23-183:15 & Ex. 89 (Dkt. 93-7/8).

**94.** In or about May 2017, data produced by Vimeo identified at least 65 videos on the schedules to Plaintiffs' Amended Complaints that had the status of "Clip Whitelisted." Berkley 2nd Supp. Decl., ¶¶6, 10-12, Exs. D, G-H.

**95.** A "clip" is a Vimeo term for an individual video. Depo. Ex. 190 (FAQ) (Dkt. 94-9) at pp. 3, 74, 75; Berkley 2nd Suppl. Decl., ¶20, Ex. Q at p. 2; see also Verdugo Depo. (Dkt. 89-1) at 121:15-19.

**98.** In or about May 2017, Vimeo identified at least 141 videos on the schedules to Plaintiffs' Amended Complaints that had the status of "Clip Buried." Berkley 2nd Supp. Decl., ¶¶6, 10-12 & Exs. D, G-H.

**99.** Plaintiffs' original SUF ¶138: Burying a video ensures that the video does not appear when a logged in user clicks on the "Discover" tab. The "Discover" tab appears to logged-in users on the Vimeo home page and offers a selection of currently popular videos.

**100.** The exact decision regarding whether to bury a video is left to the discretion of Vimeo moderators. Whitman Depo. (Dkt. 88-6) at 105:17-106:19; Allen Depo. (Dkt. 88-4) at 183:16-184:6.

**101.** Plaintiffs' original SUF ¶141: Burying is used "when a video is okay by the guidelines" but is not exemplary of "Vimeoesque" content.


**"Lip Dub" Videos**

**103.** Plaintiffs' original SUF ¶317: In or about July 2007, Vimeo posted a statement on its homepage reading: "Lip Dubbing… Like a music video. Shoot yourself mouthing along with a song. Then sync it with a high quality copy of the song in an editing program."

**104.** Plaintiffs' original SUF ¶326: Vimeo featured lip dubs as a so-called "Vimeo Obsession" on its home page, with the statement: "Like a music video. Shoot yourself mouthing along to a song. Then sync it with a high quality copy of the song in an editing program."

**105.** Plaintiffs' original SUF ¶331: Vimeo employees commented on and "liked" lip dub videos.

9224338.2

**106.** Plaintiffs' original SUF ¶325: Vimeo Staff gave specific technical advice to users on how to synchronize music into their lip dub videos.

**107.** Plaintiffs' original SUF ¶315(not disputed by Vimeo): In December of 2006, Vimeo's founder, Jacob Lodwick, created a video of himself "lip-synching" to a commercial musical recording, synchronized the recording into the video during the editing process, uploaded the video to Vimeo, and called it a "lip dubbing" video. In the description of the video, Lodwick exhorted Vimeo users: "Why don't YOU make one??"

**108.** Plaintiffs' original SUF ¶269: Beginning in or about June 2007, Vimeo used the term "lip dub" as an invisible "keyword metatag" on a large number of its webpages, even those pages without any relationship to "lip dubs."

**109.** Plaintiffs' original SUF ¶343: Schedule A to the Complaint of Plaintiff Capitol Records identified a Vimeo lip dub video using the Blur recording, "Girls and Boys" posted with the caption, "We saw [the] lip-dub flagpole sitter … and got pretty motivated to do our own office video and serve the kids from Connected Ventures." This video was viewed more than 7,500 times and commented upon by Vimeo Staff members stating "Nice execution" and "So much fun and very cool song selection."

**110.** A channel on the Vimeo Website titled "Lip Dub Stars" was dedicated to showcasing lip dub videos. In or about October 2007, a "Channels" page on the Vimeo Website referred to "Lip Dub Stars" under the heading "We like this channel." The page contained the caption: "Lip Dubbing is when you edit your own music video. Enjoy some of the best examples, or submit your own." Lodwick Depo. (Dkt. 88-1) at 153:9-12; 193:9-13; Frackman Decl., Ex. 28 (Dkt. 91-43) at EMI 00515; Verdugo Depo. (Dkt. 89-1) at 126:11-127:5 & Ex. 183 at VCV001813 (Dkt. 94-8 at p. 55); Frackman Suppl. Decl., Ex. O at EMI 01005-11, Ex. P at EMI-SJ_01506; Butler 2nd Aff., ¶¶5-6 & Ex. A at 028.

**112.** Plaintiffs' original SUF ¶256: Vimeo placed text including "Sponsored by Carmex" and "Win $5,000 cash, Canon HD camcorders and Carmex lip balm!" on pages of the "Lip Dub Stars" channel featuring videos incorporating Plaintiffs' copyrighted works.

**114.** Plaintiffs' original SUF ¶322: One of the most popular videos ever uploaded to the Vimeo Website was a lip dub to the song entitled "Flagpole Sitta" by recording artists Harvey Danger, created by the entire Vimeo Staff during a company party.

**117.** Vimeo employees knew of the "Lip Dub Stars" channel, planned a promotion around it, and a number of Vimeo employees were subscribed to and/or "followed" the channel. Berkley 2nd Supp. Decl., ¶24 & Ex. U; Frackman Suppl. Decl., Ex. O at EMI 01010-11, Ex. P at EMI-SJ_01506-1512; Frackman Decl., Ex. 13 (Dkt. 90-8, 90-9) at VCV026527, VCV041548; Depo. Ex. 157 (Dkt. 94-3 at pp. 15-16); Plaintiffs' original SUF ¶247 (undisputed by Vimeo).

8

**"Davey Dance Blog" Videos**

119. Plaintiffs' original SUF ¶335: A Connected Ventures employee named David Fishel maintained a series of more than 50 (and as many as 100 or more) videos, known as "Davey Dance Blog," in which he synchronized images of himself dancing with a variety of "pop songs," including recordings by the Beatles. Vimeo employees knew Fishel, commented on his videos, and were among his "contacts."

120. In August of 2007, a PR company sent a proposal to individuals at Vimeo and IAC, including to Jakob Lodwick, Jonathan Marcus, Moshe Koyfman, referring to Davey Dance Blog as an example of "content on the site" that could be capitalized upon to drive publicity. Depo. Ex. 9 (Dkt. 93-3 at pp. 8-27) at JL00508; Lodwick Depo. (Dkt. 88-1) at 146:17-147:24, 148:14-150:19.

123. All or nearly all of nine 'Davey Dance Blog' videos currently at issue were also indicated as being included in a channel or "collection" on the Vimeo website known as "Davey Dance Blog." Berkley 2nd Supp. Decl., Exs. A-C (including Summary Chart); Video Exs. 20, 21, 58, 59, 111, 129, 204, 215, 229.

**"Professional Content" Videos**

124. Plaintiffs' original SUF ¶362: Vimeo's policy is that "if you were personally involved in the creation of the video, then you can upload it," "whether or not you're the owner."

125. Plaintiffs' original SUF ¶363: On or about October 16, 2007, Jacob Lodwick proposed that Vimeo's policy be changed to "no longer allow people to post videos that they were closely involved in" and the "upload" page to say "You can only upload a video if you are the copyright holder." Vimeo did not change its policy.

**Other Videos Subject to Prior Vimeo Admissions**

128. Plaintiffs' original SUF ¶304: Vimeo employee Andrew Pile advised a user that "We do pay royalties on any music played on Vimeo." This statement was untrue. The user later uploaded a lip dub incorporating one of Plaintiffs' sound recordings.[2]

129. Plaintiffs' original SUF ¶342: Schedule A to the Complaint of Plaintiff Capitol Records identified a Vimeo video of nighttime London using a Capitol Records-issued recording of songs performed live by the musical artist Daft Punk. This video had been selected as a Vimeo "Staff Pick," and was viewed more than 340,000 times with more than 4,000 "likes."

---

[2] *Previously inadvertently identified as original SUF ¶204.*

9

9224338.2

**130.** Plaintiffs' original SUF ¶346: In or about February 2010, Vimeo Community Manager Andrea Allen "liked" a video whose description stated: "MUSIC: 'Wouldn't It Be Nice' - Beach Boys," a work that had been listed on the schedules of Plaintiff Capitol Records.

**131.** Plaintiffs' original SUF ¶347: Vimeo Staff members commented on a video containing the Pink Floyd album "Dark Side of the Moon" synchronized to the Movie "The Wizard of Oz." According the web page, this video was being played hundreds of times per day and had accumulated approximately 355,000 views in total.

## Vimeo Knowledge of Music Industry and Licensing

**139.** Plaintiffs' original SUF ¶6: Plaintiffs have never licensed their works to Vimeo, and Vimeo has never paid Plaintiffs any royalties in connection with its reproduction, public performance, or distribution of Plaintiffs' works.

**140.** Plaintiffs' original SUF ¶74: Vimeo assiduously protects its own intellectual property, including its copyrights and trademarks.

**141.** Plaintiffs' original SUF ¶76: Vimeo contemplated "Scanning Software," "Music Licenses," and an "RIAA Deal," but did not implement these projects.

**142.** Plaintiffs' original SUF ¶229: Beginning in 2010, Vimeo entered into Google-initiated discussions regarding potentially licensing the content-identification software used by YouTube, known as Content ID. It was proposed that Vimeo would use this software to apply audio fingerprinting to content on the Vimeo Website. Vimeo did not implement this software.

**143.** Plaintiffs' original SUF ¶235: Vimeo's budget estimates accounted for the possibility that music license fees would need to be paid and that "music licenses may cost as much as 5 percent of revenue."

**144.** Plaintiffs' original SUF ¶236: Vimeo recognized that "if we were going to license music for use on the site, we would have to pay for it," and that the amount could be large.

**146.** Plaintiffs' original SUF ¶238: On April 26, 2007, Moshe Koyfman wrote to Barry Diller (of IAC) that additional costs for Vimeo would include "music rights fees where it is increasingly clear that that the labels will look soon to charge for use and we are prudent to reserve against." The spreadsheet attached to the e-mail sent to Barry Diller on April 26, 2007 contained a line item for "Music Rights" that projected additional costs of $150,000 for calendar year 2007.

**148.** Plaintiffs' original SUF ¶277: Vimeo internal documents and discussions of Vimeo Staff with users raised the idea of allowing users to buy commercial music found on Vimeo, including via outlets such as iTunes and Amazon.com.

9224338.2

**149.** Plaintiffs' original SUF ¶288: On the page of an infringing lip dub, Vimeo executive Jonathan Marcus responded to a user comment by stating that Vimeo was "definitely thinking about" providing links to buy the music used in lip dub videos at outlets such as iTunes or Amazon.

**150.** Plaintiffs' original SUF ¶286: Connected Ventures President Josh Abramson wrote, in an e-mail to IAC and Connected Ventures executives dated November 16, 2007: "We could realistically pump $15M or more of invested capital into [Vimeo] before we begin to see any returns, if at all. Not to mention the inevitable legal hurdles sure to come with success given some of the content featured prominently on the site."

**151.** Plaintiffs' original SUF ¶329: On June 21, 2007, Robert Rhoden, IAC's Vice President of Search Marketing and Optimization, sent an e-mail to John Feldman of Connected Ventures stating, in part, "Make it easy for users by creating simple tag rules that will link their lip dubs. This would allow you to aggregate content around more popular terms (band names and song titles). You could even look into making lyrics available (a popular search) for people to use in the making of their own dubs. There may be a copyright issue here." Pile Depo. (Dkt. 89-4) 167:19-169:5& Ex. 333 (Dkt. 95-1 at pp. 28-29).

**152.** In or about September 2011, Blake Whitman posted on the Vimeo blog regarding Vimeo's launch of a "Music Store." Among other things, this posting stated: "As many of you know, finding music for your videos can be somewhat... well, painful. Licensing music on your own can be confusing and finding good free music can take forever. Many of us here at Vimeo are video creators or filmmakers as well and we experience these frustrations on a regular basis." Berkley 2nd Suppl. Decl., ¶23 & Ex. T.

## Knowledge and Willful Blindness Reflected In Vimeo Policies and Advice

**153.** An IAC policy regarding Electronic Communications that applied to Vimeo employees stated that "[e]mployees must comply with the U.S. Copyright Act," and that "[g]enerally, any form of original expression fixed in a tangible medium is subject to copyright, even if there is no copyright notice. Examples include music, movies, graphics, text, photographs, artwork, and software, distributed in any media - including the Internet." Frackman Suppl. Decl., ¶¶12-13 & Exs. K-L (Deposition of Michael Cheah ["Cheah Depo"] at 140:10-24; Depo. Ex. 314).

**154.** Plaintiffs' original SUF ¶95: A Vimeo Staff member testified that in the absence of a DMCA notice, she was not aware of any occasion in which anyone at Vimeo had deleted a video that was "original" to the uploading user but that contained copyrighted music.

**155.** Plaintiffs' original SUF ¶92: Vimeo received a comment to the Vimeo Staff Blog stating: "it does seem odd that Vimeo repeatedly turns a blind eye to the many videos on their site that use copyrighted music without permission, thus breaking their terms of service."

9224338.2

**156.** Plaintiffs' original SUF ¶202**:** In a comment posted beneath a Vimeo Staff Blog entry, a user stated: "Well, I fully support [YouTube's] decision to delete commercial music. From day one at Vimeo, I've been amazed that Vimeo has no restrictions about copyrighted music being used here illegally."

**160.** Andrea Allen responded internally to e-mails from users concerning videos using copyrighted music with statements such as "Ignoring but sharing," and "Nobody likes a tattle-tale." Allen Depo. (Dkt. 88-5) at 258:17-260:16 & Exs. 116-117 (Dkt. 93-14 at pp. 58-60); see also Plaintiffs' original SUF ¶¶90-91 (undisputed by Vimeo).

**168.** Sometime no later than September 2013, Vimeo posted the following on a page dedicated to explaining "fair use": "Vimeo moderators remove videos that constitute clear violations when they are brought to our attention.... Examples include rips of movies, television shows, and music videos — or the unauthorized use of a popular song in the background of your video." Berkley 2nd Supp. Decl, ¶¶21-22 & Exs. R-S.

**Vimeo Tutorials Regarding Music**

**170.** Plaintiffs' original SUF ¶352: Beginning in or about January 2011, pages on the Vimeo Website featuring videos incorporating Plaintiffs' musical works were in a number of identified instances accompanied by links to "Related lessons from Vimeo Video School," accompanied by the text "Check out these lessons to learn more about how you can make videos like this one!"

**171.** Plaintiffs' original SUF ¶353: A Vimeo-produced "Video 101" lesson on the Vimeo Website entitled "Video 101: Editing Sound & Music with iMovie" states in part: "Then there's music. Music does a great job setting the mood you want for your video. To add music, click the music icon below the viewer, which will open your Music and Sound Effects libraries on the right side of the screen. There you can choose from the iMovie and iLife Sound Effects folders as well as GarageBand and iTunes. Once you've found the piece of music or sound effect that you're looking for, drag it into the timeline."

**172.** Plaintiffs' original SUF ¶354: A Vimeo-produced Video School lesson on the Vimeo Website entitled "Video 101: Editing Sound & Music with Windows Live Movie Maker" states in part: "Paying attention to sound can really make or break your video. You can edit the sound in your videos and add music to create a more dynamic feel and add a little extra emotion. […] Once you add music, you can use the 'Music Tools' menu to alter it just as you can with your video's audio, including the main audio level as well as fades."

**173.** Plaintiffs' original SUF ¶355: A Vimeo-produced Video School lesson on the Vimeo Website entitled "Get Funky with Photomotion" states in part: "Photomotion is a fun way to make an animation with your still-camera, or DSLR. It is just as it sounds!," and "Photomotions are often accompanied by music that fits the tempo of the shots. You could also choose a song before you start editing and cut your photos to the beat."

12