UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>VIMEO, LLC d/b/a VIMEO.COM, *et al.*,<br><br>    Defendants. | Case No. 09-cv-10101 (RA) |
| EMI BLACKWOOD MUSIC, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>VIMEO, LLC d/b/a VIMEO.COM, *et al.*,<br><br>    Defendants. | Case No. 09-cv-10105 (RA)<br><br>**NOTICE OF VIMEO'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Vimeo, Inc. and Connected Ventures, LLC's Motion for Attorneys' Fees and Costs, the Declaration of Todd Anten dated November 21, 2025 and Exhibits A - JJ thereto, and all other documents of record, the undersigned will move before the Honorable Judge Ronnie Abrams, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to 17 U.S.C. §505 and Fed. R. Civ. P. 54: (1) granting Vimeo's motion for its reasonable attorneys' fees in the amount of $5,974,520.87; (2) granting Vimeo's request for taxable costs referred to the Court by the Second Circuit on March 31, 2021 in the amount of $16,461.70; and (3) granting such other and further relief as the Court may deem just and proper.

1

Dated: November 21, 2025
New York, New York

    Respectfully submitted,

    */s/ Todd Anten*
    Todd Anten
    toddanten@quinnemanuel.com
    Owen F. Roberts
    owenroberts@quinnemanuel.com
    Elizabeth Bishop
    elizabethbishop@quinnemanue.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    295 Fifth Avenue, 9th Floor
    New York, NY 10016
    (212) 849-7000

    *Attorneys for Defendants*